## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cr-00251-RMR-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROBERT O. SULLIVAN,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TRAVEL OUT OF STATE

**Susan Prose, United States Magistrate Judge**

Defendant, who is on pretrial release on bond, moves for leave to travel from Los Angeles to Portland and Eugene, Oregon, from April 4, 2025, to April 6, 2025. ECF No. 138. The government and Defendant's pretrial services officer do not oppose the motion. The motion is referred to the undersigned magistrate judge. ECF No. 139.

For good cause, the court GRANTS the motion. Defendant is allowed to travel from Los Angeles to Portland and Eugene Oregon, on April 4, 2025, and to return to Los Angeles on April 6, 2025. Defendant otherwise remains subject to the conditions of his pretrial release on bond. If he has not already done so, Defendant shall provide his pretrial service officer with pertinent addresses and phone numbers where he can be reached and will check in with pretrial services as instructed.

DATED: March 27, 2025

BY THE COURT:

Susan Prose
United States Magistrate Judge