IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cr-00251-RMR-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROBERT O. SULLIVAN,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TRAVEL OUT OF STATE**

---

**Susan Prose, United States Magistrate Judge**

Defendant, who is on pretrial release on bond, moves for leave to travel from Los Angeles to Maui, Hawaii, from April 17, 2025, to April 23, 2025. ECF No. 145. The government and Defendant's pretrial services officer do not oppose the motion. The motion is referred to the undersigned magistrate judge. ECF No. 147.

For good cause, the court GRANTS the motion. Defendant is allowed to travel from Los Angeles to Maui, Hawaii, on April 17, 2025, and to return to Los Angeles on April 23, 2025. Defendant otherwise remains subject to the conditions of his pretrial release on bond. If he has not already done so, Defendant shall provide his pretrial service officer with pertinent addresses and phone numbers where he can be reached and will check in with pretrial services as instructed. He shall travel between Los Angeles and Maui and not visit any other Hawaiian Island.

1

DATED: April 14, 2025                    BY THE COURT:

_____
Susan Prose
United States Magistrate Judge