IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00251-RMR-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ROBERT O'SULLIVAN,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

**Susan Prose, United States Magistrate Judge**

    This case is before the court on Defendant Robert O'Sullivan's Unopposed Motion to Travel for Business, ECF No. 185 (the "Motion") after it was referred by District Judge Regina M. Rodriguez, ECF No. 186. Defendant is currently out on bond awaiting sentencing and subject to conditions of release set by this court. ECF No. 48. Relevant here, those conditions limit Defendant's travel outside the Central District of California. *Id*. at 2.

    Defendant seeks permission to travel from his residence in Los Angeles, California, to Fort Lauderdale and Tampa, Florida, from November 20 through November 22, 2025, to attend pre-arranged, in-person business meetings on behalf of his employer. Mot. at 1-2. The Government does not oppose the requested travel, provided Defendant remains in full compliance with all bond conditions and satisfies the specific reporting and check-in requirements outlined in the Motion. *Id*. at 2–3. Defendant's supervising Pretrial Services Officer in the Central District of California and the U.S. Probation Officer in Colorado have been

consulted and have raised no objection. *Id.* at 3.

Finding good cause, the court **GRANTS** the Motion. Defendant may travel from Los Angeles, California to Fort Lauderdale and Tampa, Florida to attend business meetings at the request of his employer on November 20, 2025, returning to Los Angeles on November 22, 2025, provided the following conditions are met:

1. Defendant must be compliant with all bond conditions and Probation/Pretrial Services Office instructions at the time of the trip. He must confer with his supervising pretrial services officer in California the day before his departure, and the supervising probation officer must confirm compliance with his bond conditions and authorize his travel at that time, if he is compliant; and

2. Defendant must provide all travel details to his supervising probation officer and supervising pretrial services officer prior to leaving Los Angeles, including flight reservations, hotel information, and telephone contact information where he may be reached for the duration of his trip; and

3. Defendant must check in with his supervising pretrial services officer as required by the officer during his travel

In all other respects, Defendant remains subject to the previously-imposed conditions of release. *See* ECF No. 48.

DATED: November 18, 2025               BY THE COURT:

_____
Susan Prose
United States Magistrate Judge