IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ADAM SHORR,

6.    BRADLEY EDSON, and

7.    JOHN GAUTEREAUX,

    Defendants.

---

## MINUS ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 31, 2025.**

    Before the Court are the Motions by the above three Defendants to waive their appearances at their arraignments. All three Defendants reside outside Colorado. By email to Chambers, the Government expresses its non-objection to the waivers.

    Pursuant to Fed. R. Crim. P. 10(b), "[a] defendant need not be present for the arraignment if" the Rule 10(b)(1) & (2) criteria are met. Fed. R. Crim. P. 10(b)(1) is met here because the Defendants are charged by indictment. Moreover, they are being arraigned on a superseding indictment. As Defendant Edson puts it, it would be an undue burden to travel to Denver "to enter an identical plea [of not guilty] to a nearly identical charge." ECF 209-1 at 2. Defendant Gautereaux makes the same assertion. ECF 206 at 2. The Defendants also satisfy the requirements of Fed. R. Crim. P. 10(b)(2). They each submit a written waiver that they and their counsel signed. They each affirm receipt of the superseding indictment, and they each enter written pleas of not guilty to the charges against them.

    In light of the foregoing, this Court **grants** their Motions [ECF 206, 207 & 209], and this Court accepts the Defendants' waivers pursuant to Fed. R. Crim. P. 10(b)(3).

    Neither the above three Defendants nor their counsel are required to appear for their arraignments on January 8, 2026 at 2:00 p.m. However the Court still will hold the arraignments in the Defendants' absence.