## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cr-00251-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.     ROBERT O'SULLIVAN,

      Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

---

**Susan Prose, United States Magistrate Judge**

This matter is before the court on Defendant Robert O'Sullivan's Unopposed Motion to Travel (ECF No. 263) (the "Motion"), which was referred by District Judge Regina M. Rodriguez. ECF No. 264. Defendant is currently out on bond awaiting sentencing and is subject to conditions of release set by this court. ECF No. 48. Relevant here, those conditions restrict Defendant's travel to the Central District of California and the District of Colorado. *Id.* at 2.

Defendant moves for leave to travel from Los Angeles to Boston and Medfield, Massachusetts, from July 6, 2026, to July 17, 2026, returning to Los Angeles on July 17, 2026. ECF No. 263 ¶ 4. The purpose of Defendant's travel is to spend time with his mother. *Id.* Defendant notes that he has consulted the Government, his U.S. Probation Officer in Colorado, and his Pretrial Services Officer ("PTSO") in California, none of whom object to his travel plans. *Id.* ¶¶ 2-3. Further, Defendant says he has provided his PTSO with his planned itinerary and,

prior to departing Los Angeles, will furnish his PTSO with his final flight information and details of how he can be reached while away. *Id.* ¶¶ 3, 6.

Finding good cause, the court **GRANTS** the Motion. Defendant may travel from Los Angeles to Boston and Medfield, Massachusetts, to visit his mother on July 6, 2026, returning to Los Angeles on July 17, 2026, provided the following conditions are met:

1. Defendant must be compliant with all bond conditions and Probation/Pretrial Services Office instructions at the time of the trip. He must confer with his PTSO in California the day before his departure, and the PTSO must confirm compliance with his bond conditions and, if he is compliant, authorize his travel at that time; and

2. Defendant must provide his final travel details to his supervising probation officer and PTSO prior to leaving Los Angeles, including flight reservations, hotel information, and telephone contact information where he may be reached for the duration of his trip; and

3. Defendant must check in with his PTSO as directed by the officer during his travel.

In all other respects, Defendant remains subject to the previously imposed conditions of release. *See* ECF No. 48.

DATED: June 25, 2026                    BY THE COURT:

_____
Susan Prose
United States Magistrate Judge

2